No. 2015-5102

IN THE UNITED STATES COURT OF APPEALS
FOR THE FEDERAL CIRCUIT

PARK PROPERTIES ASSOCIATES, L.P. *et al.*,

*Plaintiffs-Appellants*,

v.

THE UNITED STATES OF AMERICA,

*Defendant-Appellee*.

PLAINTIFFS-APPELLANTS' COUNSEL'S NOTICE REGARDING
MOTION FOR LEAVE TO WITHDRAW AND TO STAY BRIEFING

The undersigned has conferred further with Mr. Ginsburg who controls Plaintiffs-Appellants concerning counsel's motion for leave to withdraw and to stay briefing. Mr. Ginsburg has authorized the undersigned to report that he consents to counsel's withdraw. Due to a miscommunication between counsel and Mr. Ginsburg, however, Mr. Ginsburg will need more time to obtain new counsel than previously reported in counsel's motion. Mr. Ginsburg has already been in communication with potential new counsel. But based on prior experience with finding counsel, the need for counsel check conflicts and the need to negotiate an engagement agreement, Mr. Ginsburg expects that he will need approximately 1.5 months in order to secure new counsel.

Accordingly, a stay of briefing is particularly appropriate to provide sufficient time for Plaintiffs-Appellants to obtain new counsel which would facilitate the continuation of this appeal with a minimum of disruption.

Respectfully Submitted,

Dated: September 25, 2015

/s/Robert L. Shapiro
Robert L. Shapiro
DUANE MORRIS LLP
505 Ninth Street NW, Suite 1000
Washington, DC 20004
202-776-7867 phone
202-330-5260 facsimile
rshapiro@duanemorris.com
*Counsel for Plaintiffs-Appellants Park Properties Associates, L.P. and Valentine Properties Associates, L.P.*

DM1\6232061.1

CERTIFICATE OF SERVICE

I certify I caused a copy of the foregoing to be served through the Court's CM/ECF system, email and mail on September 25, 2015 on the following:

Kenneth D. Woodrow
National Courts Section
Commercial Litigation Branch
Civil Division
U.S. Department of Justice
Room 11030
1100 L Street, N.W.
Washington, DC 20530
Kenneth.Woodrow@usdoj.gov

Jerome Z. Ginsburg
Suite 108
84 Business Park Drive
Armonk, New York  10504-1711

/s/Robert L. Shapiro
Robert L. Shapiro
DUANE MORRIS LLP
505 Ninth Street NW, Suite 1000
Washington, DC 20004
202-776-7867 phone
202-330-5260 facsimile
rshapiro@duanemorris.com