# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

Park Properties Assocs., L.P., et al.   v.   The United States of America

No. 15-5102

## ENTRY OF APPEARANCE

(INSTRUCTIONS: Counsel should refer to Federal Circuit Rule 47.3. Pro se petitioners and appellants should read paragraphs 1 and 18 of the Guide for Pro Se Petitioners and Appellants. File this form with the clerk within 14 days of the date of docketing and serve a copy of it on the principal attorney for each party.)

Please enter my appearance (select one):

☐ Pro Se    ☒ As counsel for: Park Properties Assocs., L.P. and Valentine Properties Assocs., L.P.
Name of party

I am, or the party I represent is (select one):

☐ Petitioner    ☐ Respondent    ☐ Amicus curiae    ☐ Cross Appellant

☒ Appellant    ☐ Appellee    ☐ Intervenor

As amicus curiae or intervenor, this party supports (select one):

☐ Petitioner or appellant    ☐ Respondent or appellee

Name: Thomas A. Gentile, Esq.
Law Firm: Lampf, Lipkind, Prupis & Petigrow
Address: 80 Main Street, Suite 350
City, State and Zip: West Orange, New Jersey 07052
Telephone: (973) 325-2100
Fax #: (973) 325-2839
E-mail address: gentile@llpplaw.com

Statement to be completed by counsel only (select one):

☒ I am the principal attorney for this party in this case and will accept all service for the party. I agree to inform all other counsel in this case of the matters served upon me.

☐ I am replacing _____ as the principal attorney who will/will not remain on the case. [Government attorneys only.]

☐ I am not the principal attorney for this party in this case.

Date admitted to Federal Circuit bar (counsel only): April 2, 2015

This is my first appearance before the United States Court of Appeals for the Federal Circuit (counsel only):
☐ Yes    ☒ No

☐ A courtroom accessible to the handicapped is required if oral argument is scheduled.

Date December 7, 2015    Signature of pro se or counsel /s/ Thomas A. Gentile

cc: _____

Reset Fields

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

# CERTIFICATE OF SERVICE

I certify that I served a copy on counsel of record on December 14, 2015 by:

☐ U.S. Mail

☐ Fax

☐ Hand

☒ Electronic Means (by E-mail or CM/ECF)

| | |
|---|---|
| Thomas A. Gentile, Esq. | /s/ Thomas A. Gentile, Esq. |
| Name of Counsel | Signature of Counsel |

| | |
|---|---|
| Law Firm | Lampf, Lipkind, Prupis & Petigrow |
| Address | 80 Main Street |
| City, State, Zip | West Orange, New Jersey 07052 |
| Telephone Number | (973) 325-2100 |
| Fax Number | (973) 325-2839 |
| E-Mail Address | gentile@llpplaw.com |

NOTE: For attorneys filing documents electronically, the name of the filer under whose log-in and password a document is submitted must be preceded by an "/s/" and typed in the space where the signature would otherwise appear. Graphic and other electronic signatures are discouraged.

Reset Fields